IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| Tucker, Inc. | ) | Case No. 12-29222 |
| Debtor-In-Possession | ) | Judge Jack B. Schmetterer |

**FINAL APPLICATION FOR COMPENSATION**

TO THE HONORABLE **JACK B. SCHMETTERER**, BANKRUPTCY JUDGE

Now comes E. PHILIP GROBEN and COHEN & KROL and respectfully submit their Final Application For Compensation as follows:

**I. BACKGROUND**

1. That on July 24, 2012 Tucker, Inc., the above named Debtor-In-Possession filed a Voluntary Petition seeking relief pursuant to Chapter 11 of the Bankruptcy Code.

2. The Debtor-In-Possession conducted its affairs pursuant to 11 U.S.C §§ 1107 and 1108.

3. On August 20, 2012 this Court entered an order authorizing the employment of JOSEPH E. COHEN, GINA B. KROL, and the attorneys of COHEN & KROL (collectively referred to as "COHEN & KROL") as attorneys for the Debtor-In-Possession. A copy of the order authorizing employment is attached hereto as **Exhibit A.**

4. That this Application complies with the requirements outlined in In Re Continental Securities Litigation, 962 F.2d 566, 570 (7th Cir. 1992) and cases related thereto.

5. This is the first application for professional compensation made in the above bankruptcy proceeding and it is a final application.

**II. SERVICES COVERED BY THIS APPLICATION**

6. COHEN & KROL, attorneys for the Debtor-In-Possession, have rendered professional services on behalf of the Trustee which benefited the estate and the creditors during the Chapter 7 proceedings. These services were rendered for the time beginning July 23, 2012 through the present. A copy of the Attorney time slips is attached hereto as **Exhibit B**. The

services performed by COHEN & KROL are described in the following paragraphs and are summarized as follows:

| ACTIVITY | HOURS | AMOUNT REQUESTED |
|---|---|---|
| Cash Collateral | 6.10 | $2,142.50 |
| General Adminis | 5.70 | $2,577.00 |
| Plan-Disclosure | 20.30 | $6,625.50 |
| Professional Employment | 3.70 | $1,337.50 |
| Sched.-Petition | 4.70 | $2,115.00 |
| TOTALS: | 40.50 | $14,837.50 |

7. **Cash Collateral**: The attorneys for the Debtor-In-Possession negotiated the use of JPMorgan Chase Bank, N.A.'s cash collateral and many multiple appearances before this Court on status hearings on the continued use of cash collateral. COHEN & KROL expended 6.10 hours in performing the above-described services on behalf of the Debtor-In-Possession and is seeking compensation in the amount of $2,142.50.

8. **General Adminis**: The Attorney for the Debtor-In-Possession had to perform various general tasks to move the above captioned case through the bankruptcy process including, prepetition discussions with the principals of the Debtor-In-Possession, appearance at the Initial Debtor Interview and First Meeting of Creditors, review of lease terms, and discussions with the Debtor-In-Possession regarding monthly operating reports. COHEN & KROL expended 5.70 hours in performing the above-described services on behalf of the Debtor-In-Possession and is seeking compensation in the amount of $2,577.00

9. **Plan-Disclosure**: Attorneys for the Debtor-In-Possession drafted procedural motions related to the filing of a plan and disclosure statement, analyzed data relating to the Debtor-In-Possession's financial records, drafted a plan of reorganization and disclosure statement, and successfully petitions this Court to find the disclosure statement adequate and confirm the plan of reorganization. COHEN & KROL, the Attorneys for the Debtor-In-Possession, expended

20.30 hours in performing the above-described services on behalf of the Debtor-In-Possession and is seeking compensation in the amount of $6,625.50.

10. **Professional Employment**: One of the functions for the attorney for the Trustee was to make sure that all professionals were properly employed. The services rendered by COHEN & KROL regarding professional employment included drafted motions to employ counsel for the Debtor-In-Possession and this applications for compensation for the above estate professionals. COHEN & KROL, the Attorneys for the Debtor-In-Possession, expended 3.70 hours in performing the above-described services on behalf of the Debtor-In-Possession and is seeking compensation in the amount of $1,377.50.

11. **Sched.-Petition**: Counsel for the Debtor-In-Possession held discussions with the Debtor-In-Possession in preparation for the filing of this Chapter 11 proceeding, drafted said petition and schedules, and discussed discrete aspects of the schedules with the secured creditor. COHEN & KROL, the Attorneys for the Debtor-In-Possession, expended 4.70 hours in performing the above-described services on behalf of the Debtor-In-Possession and is seeking compensation in the amount of $2,115.00.

### III. ATTORNEY SUMMARY

12. That the hourly rates of the attorneys of COHEN & KROL are as follows:

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| E. PHILIP GROBEN – 2012 | 1.50 | $315.00 | $472.50 |
| E. PHILIP GROBEN – 2013 | 25.60 | $325.00 | $8,320.00 |
| JOSEPH E. COHEN – 2012 | 12.40 | $450.00 | $5,580.00 |
| JOSEPH E. COHEN – 2013 | 1.00 | $465.00 | $465.00 |

13. The fair market value of the services rendered by COHEN & KROL as attorneys for the Trustee in these proceedings, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by COHEN & KROL for services of this type, is $14,837.50.

## IV. ESTATE COSTS SUMMARY

14.  Attorney for the Debtor-In-Possession has incurred various costs in their representation of the interests of the bankruptcy estate.  Photocopying is charged at $.15 per page.  Attorney for the Debtor-In-Possession seeks reimbursement of costs including:

- July 24, 2012: The Cost of filing a Chapter 11 Petition in the amount of $1,046.00
- August 8, 2012: Hearing on the use of Cash Collateral - $3.30 for photocopies and $9.90 for postage.
- August 30, 2012: Notice and Order Setting Claims Bar Date - $3.60 for photocopies and $10.80 for postage.
- March 8, 2013: Service of the Disclosure Statement - $132.30 for photocopies and $36.12 for postage.
- April 15, 2013: Service of the Amended Plan - $36.00 for photocopies and $36.12 for postage.
- May 2, 2013: Publication fee - $696.10

15.  The Trustee therefore requests reimbursement of the above detailed estate costs totaling $2,022.64.

## V. PROSPECTIVE FEES AND COSTS TO PRESENT THIS APPLICATION

16.  Counsel for the Debtor-In-Possession asks this Court to award fees for services expected to be incurred in the presentation of this application in open court in the amount of $465.00.

## V. FUNDS PROVIDED TO ATTORNEYS BY THE DEBTOR IN POSSESSION

17.  The Debtor-In-Possession provided its Attorneys with a prepetition retainer of $8,954.00 and paid for the bankruptcy filing fee of $1,046.00 on July 24, 2012.  On May 8, 2013 the Debtor-In-Possession provided its Attorney with $696.10 to facilitate the notice by publication of an auction of its equity interests.  The Debtor-In-Possession has provided a total of $10,696.10 to the Attorneys.

## VI. SUMMARY

18.  The Attorneys for the Debtor-In-Possession request $14,837.50 in accrued attorney fees, $2,022.64 in costs, prospective fees of $465.00; minus those funds previously provided by

the Debtor in possession totaling $10,696.10; for a total award of $6,629.04.

    WHEREFORE, E. PHILIP GROBEN of COHEN & KROL, attorneys for Tucker, Inc., Debtor-In-Possession herein, prays that they be awarded compensation in the amount of $6,629.04 and for such other and further relief as the Court shall deem proper.

JOSEPH E. COHEN                                       BY: /s/ E. Philip Groben  
GINA B. KROL                                                     Attorney  
E. PHILIP GROBEN  
COHEN & KROL  
105 W. Madison St., Ste. 1100  
Chicago, IL 60602  
312/368-0300