IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| Tucker, Inc. | ) | Case No. 12-29222 |
|     Debtor-In-Possession | ) | Judge Jack B. Schmetterer |

## NOTICE OF MOTION

**TO:**   ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on August 6, 2013 at 10:00am or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Jack B. Schmetterer**, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 682 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or any Judge who may be sitting in his stead, and then and there present the attached application, at which time and place you may appear, if you so see fit.

BY:/s/ E. Philip Groben
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL  60602
312/368-0300

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS | |
| COUNTY OF C O O K | ) | |

    E. Philip Groben, being first duly sworn on oath, deposes and states that he served copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown above, by either service through CM/ECF, USPS First Class Mail, or facsimile transmission on July 24, 2013     BY:/s/ E. Philip Groben

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:            )   Chapter 11
Tucker, Inc.                 )   Case No. 12-29222
    Debtor-In-Possession    )   Judge Jack B. Schmetterer

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE JACK B. SCHMETTERER,
    BANKRUPTCY JUDGE

    Now Comes Tucker, Inc., Debtor herein, and respectfully represents unto this Honorable Court as follows:

    1.   That on July 24, 2012 the above named Debtor filed the above-captioned Chapter 11 petition.

    2.   That this Honorable Court entered an Order confirming Debtor's Amended Plan of Reorganization on May 17, 2013.

    3.   That the Debtor has made the initial distributions due under the Amended Plan of Reorganization. Attached hereto as **Exhibit A** is a list of said distributions.

    4.   That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

    WHEREFORE, Tucker, Inc., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to lose this case, and for such other and further relief as the Court may deem proper.

                                          Respectfully submitted,

Joseph E. Cohen
Gina B. Krol                               Tucker, Inc.,
E. Philip Groben                     Debtor-In-Possession.
COHEN & KROL
105 West Madison St., Suite 1100     By: E. Philip Groben
Chicago, IL 60602                  One of its Attorneys

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-29222<br>Northern District of Illinois<br>Chicago<br>Wed Jul 24 13:37:26 CDT 2013 | Tucker Inc.<br>5 South Wabash<br>#507<br>Chicago, IL 60603-3085 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Arlene Tucker<br>1212 North Lake Shore Drive<br>Apt 14CN<br>Chicago, IL 60610-6663 | Belfiore Jewelry<br>14 East Gilbert Rd.<br>Great Neck, NY 11024-1419 | Department of Treasury  Internal Revenue Ser<br>P O Box 7346<br>Philadelphia, PA  19101-7346 |
| Donald R. Strzepek<br>3550 N. Lake Shore Drive<br>Unit 2008<br>Chicago, IL 60657-1909 | Emperor Jewelry Co.<br>30 West 47th St.<br>Room 608<br>New York, NY 10036-8645 | Frank & BJW International<br>5755 Cloverly Ave.<br>Temple City, CA 91780-2552 |
| Genuine Gems, Inc.<br>5 South Wabash Ave.<br>Suite 916A<br>Chicago, IL 60603-3180 | JP Trades<br>5 S. Wabash<br>Suite 511<br>Chicago, IL 60603-3485 | JPMorgan Chase Bank NA<br>Lauren Newman<br>Thompson Coburn LLP<br>55 E Monroe Street 37th Floor<br>Chicago, IL 60603 |
| Jewels by Gino<br>635 S. Hill St.<br>Suite 506<br>Los Angeles, CA 90014-1808 | Julia Biasco<br>6737 N. Knox Ave.<br>Lincolnwood, IL 60712-3329 | K.D. Creations<br>5 S. Wabash<br>Suite 519<br>Chicago, IL 60603-3482 |
| Kimberly Collins Colored Gems<br>12400 St. Hwy 71 West<br>Austin, TX 78738-6517 | Lotus Diagems, Inc.<br>22 West 48th Street<br>#1007A<br>New York, NY 10036-1803 | Mallers Building, LLC<br>5 South Wabash<br>#2116<br>Chicago, IL 60603-3012 |
| Marshall Pierce & Co.<br>29 East Madison St.<br>Chicago, IL 60602-3299 | Mor Diamonds, LLC<br>5 S. Wabash Ave.<br>Suite 304<br>Chicago, IL 60603-3509 | Nasbro Designs Inc.<br>2 West 46th Street<br>Suite 1204<br>New York, NY 10036-4592 |
| Robert F. Rabin<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603-6029 | Sam Hakimi Gem<br>22 West 48th Street<br>Suite 704<br>New York, NY 10036-1803 | Unibest Corporation<br>62 West 47th Street<br>Suite 1107<br>New York, NY 10036-3255 |
| Arlene Tucker<br>1212 N. Lake Shore Dr.<br>14CN<br>Chicago, IL 60610-6663 | E. Philip Groben<br>Cohen and Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602-4600 | Gina B. Krol<br>Cohen and Krol<br>105 W Madison St, Suite 1100<br>Chicago, IL 60602-4600 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Belfiore Jewelry | (u)Emperor Jewelry | (u)JPMorgan Chase Bank, N.A. |
| (u)Unibest Corp | (u)Donald Strzepek | (u)Nikesh Mundhra |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     6
Total                  34